IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHETTY HOLDINGS, INC., et al. | : | |
| | : | CIVIL ACTION |
| v. | : | No. 11-4640 |
| | : | |
| NORTHMARQ CAPITAL, LLC, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 22nd day of April, 2013, upon consideration of defendants NorthMarq Capital, LLC and Timothy C. Kuhn's motion to dismiss the third amended complaint of plaintiffs Chetty Holdings, Inc. and Carl E. Chetty, trading as Millview Apartment Homes, LP (Dkt. No. 54), plaintiffs' response (Dkt. No. 58), defendants' reply (Dkt. No. 59), and plaintiffs' sur-reply (Dkt. No. 60), it is ORDERED that defendants' motion is GRANTED and plaintiffs' third amended complaint is DISMISSED.

                                                             *s/Thomas N. O'Neill, Jr.*
                                                             THOMAS N. O'NEILL, JR., J.